IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HENRY CRAIG MOOREHEAD**                                            **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 4:06cv80DPJ-JCS**

**YELLOW FREIGHT SYSTEMS, INC.
AND JOHN DOES I THROUGH V**                                    **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the joint ore tenus motion of Plaintiff Henry Craig Moorehead and Defendant Yellow Freight Systems, Inc., and the Court being advised that the parties have compromised and settled all claims herein and therefore desire the Court to dismiss all claims herein with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of all parties herein are hereby dismissed with prejudice, with each party to bear their own costs of litigation.

**SO ORDERED AND ADJUDGED** this the 25th day of October, 2007.

                                                     s/ *Daniel P. Jordan III*
                                                     UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Perry G. Shuttlesworth, Jr.
Perry G. Shuttlesworth, Jr. (Admitted Pro Hac Vice)
Attorney for Plaintiff Henry Craig Moorehead

/s/ R. Jarrad Garner
R. Jarrad Garner (MSB #99584)
Attorney for Defendant
Yellow Freight Systems, Inc.

514008.1